FILED
CLERK U.S. DISTRICT COURT

JAN 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FOWLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAPD, et al.,<br><br>　　　　Defendants. | Case No. EDCV 06-445 RGK(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and Plaintiff's Objections to Report and Recommendation ("Objections"). The Court overrules the Objections and approves and adopts the Report and Recommendation.

　　　　IT IS HEREBY ORDERED that this action is dismissed as against all defendants without prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Report and Recommendation by United States mail on plaintiff and on any
3  counsel for defendants.
4  IT IS SO ORDERED.

DATED: 01·30·08

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE