JS6

FILED
CLERK U.S. DISTRICT COURT

JAN 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FOWLER,<br><br>        Plaintiff,<br><br>    v.<br><br>LAPD, et al.,<br><br>        Defendants. | Case No. EDCV 06-445 RGK(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed as against all defendants without prejudice.

    IT IS SO ORDERED.

DATED: _01·30·08_

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE